IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT HOWE AND BEVERLY HOWE § | |
| § | |
| V. § | CIVIL ACTION NO. 4:15-CV-01375 |
| § | |
| TRAVELERS LLOYDS OF TEXAS § | |
| INSURANCE COMPANY § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Robert Howe and Beverly Howe., the plaintiffs herein, and Travelers Lloyds of Texas Insurance Company, the defendant herein, and stipulate to the dismissal of any and all claims asserted in this lawsuit with prejudice to the re-filing of same. By virtue of this stipulation of dismissal, all claims and causes of action asserted in this lawsuit shall be dismissed with prejudice to the re-filing of same. This stipulation of dismissal is signed by counsel for all parties who have appeared in this lawsuit.

Respectfully submitted,

FITTS LAW FIRM, PLLC
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056
(713) 871-1640
(713) 583-1492 – facsimile

_____
Carla R. Delpit
State Bar No. 24082183
Southern District Bar No. 2248226
cdelpit@fittslawfirm.com

ATTORNEYS FOR PLAINTIFFS
ROBERT HOWE AND BEVERLY HOWE

ORGAIN BELL & TUCKER, LLP

P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile

 /s/ Greg C. Wilkins
Greg C. Wilkins
Attorney-in-charge
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR DEFENDANT,
TRAVELERS LLOYDS OF TEXAS
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

    I do hereby certify that on the 13th day of September, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

                                    /s/ Greg C. Wilkins